No. 85–1585.   City of Borger, Texas, et al. v. Grandstaff, Individually and as Representative of the Estate

OF GRANDSTAFF, ET AL.   C. A. 5th Cir.   Certiorari denied.   ▮